USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 7/16/2024 __

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**INTEGRATED CONSTRUCTION**
**ENTERPRISES, INC.,**

                              **Plaintiff,**                                   **24-CV-03533 (LGS)(SN)**

            **-against-**                                                              **ORDER**

**T.R. JOY & ASSOCIATES INC.,**

                              **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Monday, July 15, 2024, the Honorable Lorna G. Schofield assigned this matter to my

docket for settlement. In light of the Court's busy calendar, settlement conferences must

generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah

Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement

conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:        July 16, 2024
              New York, New York