UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
INTEGRATED CONSTRUCTION                                       :
ENTERPRISES, INC.,                                            :
                                    Plaintiff,                :   24 Civ. 3533 (LGS)
                                                              :
                -against-                                     :   ORDER
                                                              :
T.R. JOY & ASSOCIATES INC.,                                   :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the civil case management plan and scheduling Order dated July 15, 2024, required the parties to file a status letter on September 29, 2024, as outlined in Individual Rule III.D.3. The Order states that the parties shall follow these deadlines governing discovery unless expressly ordered otherwise;

WHEREAS, the Order dated July 15, 2024, referred the parties for a settlement conference but did not stay discovery;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **October 4, 2024**, the parties shall file the status letter.

Dated: October 1, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE