UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                :
WILMINGTON TRUST, et al.,                :
                    Plaintiffs,     :
                                       :        22 Civ. 302 (LGS)
              -against-              :
                                       :           **ORDER**
36th STREET PROPERTY INC., et al.,   :
                    Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 30, 2024, required the parties to file status letters every 90 days apprising the Court of the progress in the bankruptcy proceedings.

      WHEREAS, the parties filed their most recent status letter on November 12, 2024.

      WHEREAS, the parties have filed nothing on the docket since November 12, 2024.  It is hereby

      **ORDERED** that the parties shall file a joint status letter apprising the Court on the current status of the case by **April 25, 2025**.

Dated: April 16, 2025
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE