LAW OFFICES

# TOBIA & LOVELACE ESQS., LLC
A Limited Liability Corporation of Lawyers

**RONALD L. TOBIA** ●∆
**OTHIAMBA N. LOVELACE** ● ■
**JAMIE Y. GOLD** ● ■

51A Elm Street
Clifton, NJ 07013
———
973-746-6000
Fax: 973-807-1805

EMAIL: RTOBIA@TOBIALOVELACEESQS.COM
EMAIL: OTLOVELACE@TOBIALOVELACEESQS.COM
EMAIL: JGOLD@TOBIALOVELACEESQS.COM

MAILING ADDRESS

5 Sicomac Road
Suite 177
North Haledon, NJ 07508
973-389-6940

*Reply to: No. Haledon Address*

**BAR AFFILIATIONS**
**NJ BAR** ●
**FLA BAR** ∆
**NY BAR** ■

May 28, 2025

> Application **GRANTED** in part and **DENIED** in part. The conference set for June 30, 2025, the trial set for July 21, 2025, and all associated deadlines in Dkt. No. 42 that have not yet passed are **ADJOURNED** sine die. A Magistrate Judge referral will issue separately. The parties shall file a status letter within five business days following the settlement conference. Should settlement be unsuccessful, the case will be restored to the Court's trial calendar. The request for a conference to discuss discovery is **DENIED**. So Ordered.
>
> The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 45 and 46.
>
> Dated: May 28, 2025
> New York, New York
>
> *LORNA G. SCHOFIELD*
> *UNITED STATES DISTRICT JUDGE*

Via ECF
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

Re:   **Integrated Construction Enterprises, Inc. v. T.R. Joy & Associates Inc., 1:24-cv-03533-LGS**

Dear Judge Schofield:

This firm represents plaintiff Integrated Construction Enterprises, Inc. ("Plaintiff") in the above-captioned matter. We write with the consent of counsel for Defendant T.R. Joy & Associates Inc. ("Defendant"). The parties have been working together, and jointly request that the matter be referred to the magistrate judge for a settlement conference. The parties further respectfully request that the trial in the matter, which is scheduled to commence on July 21, 2025, be removed from the trial calendar pending the settlement conference, or alternatively, adjourned for 45 days to September 4, 2025. The parties also refer the Court to their letters dated May 15, 2025, and May 23, 2025, wherein the parties set forth in detail their efforts to move this

matter forward. However, at this time the parties jointly believe it would be in the best interest of both parties if this matter is referred to the magistrate judge for a settlement conference and removed from the July trial calendar.

                                     Respectfully submitted:

                                     /s/ Othiamba N. Lovelace
                                    Othiamba N. Lovelace, Esq.