UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTEGRATED CONSTRUCTION
ENTERPRISES, INC.,
                              Plaintiff,

-against-

T.R. JOY & ASSOCIATES INC.,
                              Defendant.
------------------------------------------------------------X

24 Civ. 3533 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was previously referred to Magistrate Judge Sarah Netburn for settlement. *See* Dkt. No. on July 15, 2024. The parties are hereby

**ORDERED** to contact Judge Netburn's Chambers to schedule a settlement conference by no later than **May 30, 2025**. It is further

**ORDERED** that the parties shall file a letter on the docket confirming that they have done so and stating the date of the conference by **June 2, 2025**.

Dated: May 29, 2025
      New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE